IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KATHERINE KOZLOWSKI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-020-A |
| | § | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | § § § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the above-captioned action wherein Katherine Kozlowski is plaintiff and Carolyn W. Colvin, Acting Commissioner of Social Security, ("Commissioner") is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for a period of disability and disability insurance benefits and supplemental security income under the Social Security Act. On February 3, 2014, the United States Magistrate Judge issued his proposed findings and conclusions and his recommendation ("FC&R"), and granted the parties until February 17, 2014, in which to file and serve any written objections thereto. Plaintiff filed her objections on February 13, 2014, and Commissioner filed a response on March 4, 2014. After a thorough study of the record, the magistrate judge's proposed findings and conclusions, and applicable legal

authorities, the court has concluded that plaintiff's objections lack merit and that the recommendation of the magistrate judge should be accepted.

Therefore,

The court accepts the recommendation of the magistrate judge and ORDERS that the decision of the Commissioner that, based on the application for a period of disability and disability insurance benefits protectively filed on February 22, 2010, plaintiff is not disabled under section 216(i) and 223(d) of the Social Security Act and based on the application for supplemental security income protective filed on February 22, 2010, plaintiff is not disabled under section 1614(a)(3)(A) of the Social Security Act, be, and is hereby, affirmed.

SIGNED March 11, 2014.

_____
JOHN McBRYDE
United States District Judge